# CRIMINAL COMPLAINT

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Jerome Derrick Owings**<br>DOB: xx/xx/1982; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**12-00445M** |

Complaint for violation of Title 18, United States Code § 922 (g)(1) and 924(a)(2)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about February, 2012, at or near Cottonwood, in the District of Arizona, **Jerome Derrick Owings**, having been previously convicted of crimes punishable by imprisonment for a term exceeding one year, that is: Aggravated Assault; in Yavapai County Superior Court, Prescott, Arizona, case number CR820060670, on March 19, 2007; did knowingly possess a firearm, that is: a black .38 Special Caliber, Smith & Wesson handgun, Model 15, Serial Number 530327; said firearm not having been manufactured in Arizona and thus affecting interstate or foreign commerce in that it previously was transported into the state of Arizona from another state or foreign country; in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On March 1, 2012, Federal Agents spoke with a cooperating witness (CW1) who is an associate of **Jerome Derrick Owings**. CW1 told agents that approximately two and a half weeks prior to the interview, he had received a black .38 Special Caliber, Smith & Wesson handgun, Model 15, Serial Number 530327, from **Jerome Owings**. **Jerome Derrick Owings** admitted to CW1 that he **(Owings)** had stolen the handgun from a residence in Cottonwood, Arizona, and that a police report had been filed. Federal Agents confirmed that on November 28, 2011, Cottonwood Police Department responded to a burglary call at a residence in Cottonwood, Arizona. The victim of the burglary advised Cottonwood Police Department that his .38 Special, Smith & Wesson hand gun, Serial Number 530327 had been stolen from his residence. CW1 told Federal Agents that the weapon could be located at residence in Tucson, Arizona. Upon further investigation, Federal Agents recently spoke with CW2, an associate of **JEROME OWINGS** who stated that he had had several conversations with **OWINGS** about the weapon. CW2 relayed that **JEROME OWINGS** asked CW2 to remove the serial number from the weapon so that it could not be traced.

**MATERIAL WITNESSES IN RELATION TO THE CHARGE:**

| REQUEST DETENTION<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br>Anderson/<br>AUTHORIZED BY: AUSA | SIGNATURE OF COMPLAINANT<br>/s/ David ___<br>OFFICIAL TITLE<br>**FBI Agent** |
|---|---|
| Sworn to before me and subscribed in my presence. | |
| SIGNATURE OF MAGISTRATE JUDGE[1] | DATE<br>May 3, 2012 |

[1] See Federal rules of Criminal Procedure Rules 3 and 54