# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA

UNITED STATES OF AMERICA

V.

**ORDER OF TEMPORARY DETENTION PENDING HEARING PURSUANT TO BAIL REFORM ACT**

Jerome Derrick Owings
Defendant

CASE NUMBER: 12-00445M-001-N/A-JR

Upon motion of the __Government__, it is ORDERED that a preliminary hearing and detention hearing are set for __Monday, October 29, 2012__ at __10:00 am__

before ____the Honorable Mark E. Aspey, United States Magistrate Judge____
Name of Judicial Officer

____United States District Court, 123 N. San Francisco, Flagstaff, Arizona____
Location of Judicial Officer

Pending this hearing, probable cause having been shown for detention purposes, the defendant shall be held in custody by (the United States Marshal) (_____ Other Custodial Official _____) and produced for the hearing.

DATED this 24th day of October, 2012.

_Mark E. Aspey_
Mark E. Aspey
United States Magistrate Judge